IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANITA F. BOUIE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 2:22-cv-2672-JTF-atc |
| | ) |
| ADVANCED SERVICES, INC., | ) |
| | ) |
|    Defendant. | ) |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the parties' Joint Status Report reflecting their agreement to dismiss this action without prejudice, and the Court's Order of Dismissal Without Prejudice, filed on December 4, 2024 and December 5, 2024, respectively. (ECF Nos. 27 & 28.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*                               WENDY OLIVER
JOHN T. FOWLKES, JR.                         CLERK
UNITED STATES DISTRICT JUDGE

December 5, 2024                                       *s/Richard Abidor*
DATE                                                     (BY) LAW CLERK